1

2

FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   ANZA VICTORIA APARTMENTS, LLC,     )      CASE NO.  CV 14-5333 (SH)

12                   Plaintiff,          )
                                         )      ORDER SUMMARILY REMANDING
13           vs.                         )      IMPROPERLY-REMOVED ACTION
                                         )
14   LATHENA HANEY,                      )
                                         )
15                   Defendant           )

16   _____)

17          The Court will remand this unlawful detainer action to state court summarily

18   because Defendant removed it improperly.

19          On July 9, 2014, Defendant Lathena Haney, having been sued in what appears

20   to be a routine unlawful detainer action in California state court, lodged a Notice Of

21   Removal of that action to this Court and also presented an application to proceed *in forma*

22   *pauperis*.  The Court has denied the latter application under separate cover because the

23   action was not properly removed.  To prevent the action from remaining in jurisdictional

24   limbo, the Court issues this Order to remand the action to state court.

25          Simply stated, Plaintiff could not have brought this action in federal court in

26   the first place, in that Defendants do not competently allege facts supplying either diversity

27   or federal question jurisdiction, and therefore removal is improper.  28 U.S.C. § 1441(a);

28   *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162

1    L.Ed.2d 502 (2005).  Even if complete diversity of citizenship exists, the amount in

2    controversy does not exceed the diversity jurisdiction threshold of $75,000.  *See* 28 U.S.C.

3    §§ 1332, 1441(b).  On the contrary, the unlawful detainer Complaint caption recites that

4    the amount in controversy does not exceed $10,000.

5               Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

6    Superior Court of California, Los Angeles County, South District, Long Beach

7    Courthouse, 275 Magnolia Ave., Long Beach, CA 90802, for lack of subject matter

8    jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this

9    Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

10              IT IS SO ORDERED.

11          DATED: 7/16/14

14          _____

15                    GEORGE H. KING
              CHIEF UNITED STATES DISTRICT JUDGE